THE STATE OF OHIO, APPELLEE, *v.* THOM, APPELLANT.

[Cite as *State v. Thom* (1993), 67 Ohio St.3d 571.]

(No. 93–307—Submitted September 28, 1993—Decided November 10, 1993.)

*Richard A. Kahler,* for appellant.

The motion to certify the record is allowed and the cause is affirmed on authority of *State v. Yoder* (1993), 66 Ohio St.3d 515, 613 N.E.2d 626.

MOYER, C.J., A.W. SWEENEY, DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PFEIFER, JJ., concur.